| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | HOSIE RICE LLP |
| Jennifer A. Kash (Bar No. 203679) | Spencer Hosie (Bar No. 101777) |
| jenniferkash@quinnemanuel.com | shosie@hosielaw.com |
| Kevin A. Smith (Bar No. 250814) | Diane S. Rice (Bar No. 118303) |
| kevinsmith@quinnemanuel.com | drice@hosielaw.com |
| Matthew D. Cannon (Bar No. 252666) | Darrell R. Atkinson (Bar No. 280564) |
| matthewcannon@quinnemanuel.com | datkinson@hosielaw.com |
| 50 California Street, 22nd Floor | Transamerica Pyramid |
| San Francisco, California  94111-4788 | 600 Montgomery Street, 34th Floor |
| Telephone:     (415) 875-6600 | San Francisco, CA 94111 |
| Facsimile:     (415) 875-6700 | Telephone:     (415) 247-6000 |
| | Facsimile:     (415) 247-6001 |

Attorneys for Defendant Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MasterObjects, Inc., | CASE NO. 13-cv-04326-JSW |
| Plaintiff, | **STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| Yahoo! Inc., | |
| Defendant. | |

1  Defendant Yahoo! Inc. ("Defendant") and Plaintiff MasterObjects, Inc. ("Plaintiff"), by
2 and through their respective counsel, hereby stipulate as follows:
3  WHEREAS, on or about September 18, 2013, Plaintiff filed Case No. 13-cv-04326-JSW;
4  WHEREAS, the Court entered an Order Setting Case Management Conference and
5 Requiring Joint Case Management Conference Statement on November 8, 2013 (Dkt. 15);
6  WHEREAS, the Case Management Conference is currently set for January 3, 2014 at 1:30
7 p.m.;
8  WHEREAS, Lead Counsel for Defendant is not available on January 3, 2014;
9  WHEREAS, Lead Counsel for both parties are available on January 31, 2014; and
10  WHEREAS, this stipulation is accompanied by a declaration pursuant to Civil Local Rule
11 6-2(a);
12  IT IS HEREBY STIPULATED BY THE PARTIES HERETO that the Case Management
13 Conference currently scheduled for January 3, 2014 at 1:30 p.m. should be rescheduled for
14 ~~January 31, 2014~~ at 1:30 p.m. on February 21, 2014.

16
17 DATED: November 25, 2013    Respectfully submitted,

19        By /s/ Matthew D. Cannon
            Matthew D. Cannon
20          Attorneys for Defendant Yahoo! Inc.

23        By /s/ Spencer Hosie
            Spencer Hosie
24          Attorneys for Plaintiff MasterObjects, Inc.

02917.51875/5630686.1

-1- Case No. 13-cv-04326-JSW
STIPULATION TO RESCHEDULE CASE MANAGEMENT CONFERENCE
AND [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED.

DATED: November 26, 2013

_____
Hon. Jeffrey White
United States District Judge