SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
GEORGE F. BISHOP (CA Bar No. 89205)
gbishop@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
HOSIE RICE LLP
Transamerica Pyramid
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

*Attorneys for Plaintiff*
*MASTEROBJECTS, INC.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MASTEROBJECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> YAHOO! INC., <br><br> Defendant. | Case No. C 13-4326 JSW <br> (Consolidated with Case No. C 11-2539 JSW) <br><br> **STIPULATED DISMISSAL WITHOUT PREJUDICE OF ACTION C 13-4326 JSW PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER** |

1  Plaintiff MasterObjects, Inc. ("MasterObjects") and defendant Yahoo!, Inc. ("Yahoo"), hereby stipulate that, pursuant to Fed. R. Civ. P. 41(a), all claims and counterclaims brought by MasterObjects against Yahoo in Case No. C 13-4326 JSW, and all claims and counterclaims brought by Yahoo against MasterObjects in Case No. C 13-4326 JSW, are hereby dismissed WITHOUT PREJUDICE.  (No claims or counterclaims in the consolidated Case No. C 11-2539 JSW are dismissed hereby.)  Each party bears its own costs, expenses and attorneys' fees.

**WHEREFORE IT IS HEREBY SO STIPULATED BY THE PARTIES.**

DATED:    February 7, 2014

HOSIE RICE LLP

By:  */s/ Spencer Hosie* _____
     Spencer Hosie (SBN 101777)
     *Attorneys for Plaintiff*
     *MasterObjects, Inc.*

DATED:    February 7, 2014

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By:  */s/ Kevin A. Smith* _____
     Kevin A. Smith (Bar No. 250814)
     *Attorney for Defendant*
     *Yahoo! Inc.*

## **ATTESTATION**

I hereby attest pursuant to Civil Local Rule 5-1(i)(3) that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: February 7, 2014                */s/ Spencer Hosie*
                                        Spencer Hosie

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this __11th__ day of February, 2014.

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE